IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kinsale Insurance Company,

Plaintiff(s),

v.

Last Coast Entertainment, LLC, an Illinois limited liability company et al,

Defendant(s).

Case No. 19 C 5771
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Kinsale Insurance Company and against Defendants Last Coast Entertainment, LLC, et al. The court declares that Plaintiff Kinsale Insurance Company has no duty under Policy 0100050413-0 (policy period April 21, 2017 to April 21, 2018) to defend or indemnify Last Coast Entertainment, LLC, BXX Management Corporation, SBX Management Corp., HAR Management Corporation, SBX Development Corp., or Martin Conrad for claims brought against them in Muhammad v. SBX Management Corp., No. 2018 L 3797 (Cir. Ct. Cook. Cnty. filed Apr. 13, 2018).

This action was *(check one)*:
☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 4/22/2021

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk